UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CHRISTOPHER MEREDITH                                                                    PETITIONER

v.                                                                    CIVIL ACTION NO. 3:06CV-P430-H

LARRY CHANDLER                                                                          RESPONDENT

### ORDER

The above matter having been referred to United States Magistrate Judge Dave Whalin, the Magistrate Judge having filed his Findings of Fact, Conclusions of Law and Recommendation, objections having been filed, and the Court having made a *de novo* determination of those portions of the Magistrate Judge's proposed Findings of Fact, Conclusions of Law and Recommendation to which objections have been made,

The Court accepts the Findings of Fact, Conclusions of Law and Recommendation of the Magistrate Judge, and

**IT IS HEREBY ORDERED AND ADJUDGED** that the motion of the Respondent to dismiss the petition pursuant to 28 U.S.C. § 2244(d) as being untimely is **GRANTED** and the petition is **DISMISSED WITH PREJUDICE**.

**IT IS ALSO ORDERED** that a certificate of appealability is **DENIED** in this case.

Copies:    Counsel of Record
           Magistrate Judge Dave Whalin